Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Personal Audio, LLC  v.  Electronic Frontier Foundation

No. 16-1123

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Personal Audio, LLC certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Personal Audio, LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Personal Audio, LLC

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Jeremy S. Pitcock (Pitcock Law Group); Papool S. Chaudhari (Chaudhari Law, PLLC)

11/9/15
Date

Signature of counsel
PAPOOL CHAUDHARI
Printed name of counsel

Please Note: All questions must be answered
cc: Counsel of Record

124

# **CERTIFICATE OF SERVICE**

Appellant Personal Audio, LLC certifies that Appellee Electronic Frontier Foundation has been served the foregoing document this 9th day of November, 2015 electronically through the Court's ECF system.

*/s/ Papool S. Chaudhari*

_____
Papool S. Chaudhari