NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**PERSONAL AUDIO, LLC,**
*Appellant*

v.

**ELECTRONIC FRONTIER FOUNDATION,**
*Appellee*

_____

2016-1123

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00070.

_____

**SUA SPONTE**

_____

PER CURIAM.

**O R D E R**

The parties are each directed to submit briefs addressing whether the Electronic Frontier Foundation has standing to participate in this appeal under *Consumer Watchdog v. Wisconsin Alumni Research Found.*, 753 F.3d 1258 (Fed. Cir. 2014). Briefs shall be limited to 10 pages

2    PERSONAL AUDIO, LLC v. ELECTRONIC FRONTIER FOUNDATION

in length, and are due by July 29, 2015, via simultaneous filing by ECF.  No extensions will be granted.

Accordingly,

IT IS ORDERED THAT:

(1) By July 29, 2015, the parties shall submit letter briefs that are double-spaced addressing whether the Electronic Frontier Foundation has standing to participate in this appeal.

(2) Briefs shall be limited to 10 pages long.

(3) No extensions will be granted.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court