# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**PETER R. MARKSTEINER**
**CLERK OF COURT**

**TELEPHONE: 202-275-8000**

September 14, 2017

Nicholas A. Brown
Greenberg Traurig LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111

RE:  Personal Audio, LLC v. Electronic Frontier Fdtn. (CAFC Appeal No. 16-1123)

Dear Counsel:

The court invites a response from the appellee to the combined petition for panel rehearing and rehearing en banc filed by the appellant in this matter.

Please file your response(s) in accordance with Fed. Cir. Rules 35 and 40 on or before September 28, 2017.

Very truly yours,

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

cc: Jeremy S. Pitcock